IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICKEY E. BRINGUS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV370 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **Jo Anne B. Barnhart, Commissioner,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion for extension to time (Filing No. 24). The plaintiff seeks an extension of sixty days to respond to the defendant's motion to dismiss (Filing No. 20). Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion for extension to time (Filing No. 24) is granted.

2. The plaintiff shall have to **on or before March 13, 2006**, to respond to the defendant's motion to dismiss (Filing No. 20).

DATED this 30th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge