FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

06 JAN -3  PM 12: 5

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKEY E. BRINGUS, )<br>Plaintiff ) | Case Number: 8:05 CV 370 |
| ) | |
| v. ) | CONSENT TO EXERCISE |
| ) | OF JURISDICTION BY A |
| ) | UNITED STATES MAGISTRATE JUDGE |
| JO ANNE B. BARNHART, ) | AND |
| Defendant ) | ORDER OF REFERENCE |

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature: Rickey Bringus] | For Plaintiff | 12-28-05 |
| [signature: Billy Johnson] | For Defendant | 1/3/06 |
| | For | |
| | For | |
| | For | |

cc: Rickey E. Bringus, #53517
SPR-TECUMSEH, Tecumseh State Prison
2725 North Highway 50
PO Box 900
Tecumseh, NE  68450