IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICKEY E. BRINGUS,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:05CV370** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **Jo Anne B. Barnhart, Commissioner,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the defendant's Motion to Strike Notice (Filing No. 28). The defendant seeks to strike a notice of substitution of counsel (Filing No. 26) because it is a duplicate of a previous filing (Filing No. 23). Upon consideration,

    **IT IS ORDERED:**

    1.    The defendant's Motion to Strike Notice (Filing No. 28) is granted.

    2.    The Clerk of Court shall strike the notice of substitution of counsel (Filing No. 26) from the record.

    DATED this 4th day of January, 2006.

                                                              BY THE COURT:

                                                            s/ Thomas D. Thalken
                                                            United States Magistrate Judge